case has been consolidated in this court cases bearing titles as follows: Joseph N. Flynn v. Hanover Fire Ins. Co. (see, also, 67 Misc. Rep. 117, 121 N. Y. Supp. 621); Butler & Herman Co. v. Jacob Meth (see, also, 122 N. Y. Supp. 271); Joseph Levy et al. v. Philip Solomon; Franklin P. Duryea v. Ernestus Gulick. No opinions. Applications denied, with $10 costs. Orders signed.

NASH v. A. B. WRIGHT & CO. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by William Nash against A. B. Wright & Co.

PER CURIAM. Defendants' exceptions overruled, and motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

WILLIAMS, J., not sitting.

NATIONAL SUPPLY CO., Respondent, v. JEBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by the National Supply Company against William T. Jebb. No opinion. Appeal dismissed, without costs.

NEIBERT v. CITIZENS' SAVINGS BANK. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Mollie Neibert against Citizens' Savings Bank. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

NEWMAN v. BENEDICT. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Actions by Julia S. Newman against Julian Benedict. No opinions. Application granted. Order signed. See, also, 121 N. Y. Supp. 921; also, infra.

NEWMAN v. BENEDICT. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Julia S. Newman against Julian Benedict. No opinion. Motion granted. Order filed. See also, supra.

NEW YORK CENT. & H. R. R. CO., Appellants, v. LEHRBACH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the New York Central & Hudson River Railroad Company against Peter Lehrbach and others.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 121 N. Y. Supp. 1140.

McLENNAN, P. J., not sitting.

NEW YORK CENT. & H. R. R. CO., Respondent, v. OSWEGO TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the New York Central & Hudson River Railroad Company against the Oswego Traction Company. No opinion. Judgment affirmed, with costs.

NEW YORK TAXICAB CO., Appellant, v. UNION TAXICAB CO. et al., Respondents.

(Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by the New York Taxicab Company against the Union Taxicab Company and another. B. Colby, for appellant. C. Loxow, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NEW YORK & N. S. TRACTION CO. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) In the matter of the application of the New York & North Shore Traction Company for the appointment of three commissioners, etc., to determine whether a street surface railroad ought to be constructed on certain streets in the Third ward of the borough of Queens, New York City.

PER CURIAM. Motion for the appointment of commissioners granted, and Paul Grout, Howard C. Lake, and William J. Bolger appointed commissioners, without prejudice to an action to enjoin the construction and operation of the railroad, if such construction and operation are in violation of the provisions of any existing statute.

NICOLL, Respondent, v. DIETCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Pauline Nicoll against Samuel Dietchman. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 131 App. Div. 908, 115 N. Y. Supp. 1134, and 133 App. Div. 923, 118 N. Y. Supp. 1128.

NOLAN, Respondent, v. FERRIS PAVING BRICK CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Patrick Nolan against the Ferris Paving Brick Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

NOTMAN et al., Appellants, v. GALVESTON S. S. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by Charles P. Notman and another against the Galveston Steamship Company. No opinion. Motion denied. See, also, 122 N. Y. Supp. 598.

NUNNOLD, Respondent, v. BLUNTACH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Jacob J. Nunnold, as surviving executor, etc., against Catherine N. Bluntach and another, as executrices, etc.

PER CURIAM. Judgment affirmed, with costs.

SPRING and ROBSON, JJ., dissent upon the grounds: (1) That the referee erred in holding that the decree of the Surrogate's Court conclusively established that there was an overpayment to Helena Nunnold; (2) that the referee erred in not allowing to the defendants interest on the $5,000 loan mentioned in the decision; (3) that on the merits the plaintiff was not entitled to recover.